No. 00–9378. GONZALEZ v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–9383. MENDEZ-HINOJOSA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9388. BRUTON v. MEYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9389. JOHNSON v. FAIRMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9391. BRADLEY v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9397. COSEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–9454. BOYER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9526. HOUSTON v. BURDETTE ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–9534. JACKSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–9535. HOPKINS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9575. GILMORE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9597. STANDING ROCK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9624. LONG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9629. LICCIARDI v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–9690. RICO AGUILERA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.